### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**C. TORY**                                                                          **PLAINTIFF**
**#212**

**v.**                                              **Case No. 4:26-cv-00333-KGB**

**DEXTER PAYNE**                                                              **DEFENDANT**

### ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 8). Plaintiff C. Tory has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in part as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Tory's complaint for failure to prosecute (Dkt. No. 1). The Court declines to adopt the Recommendation with respect to certification pursuant to 28 U.S.C. § 1915(a)(3).

It is so ordered this the 22nd day of June, 2026.

_Kristine G. Baker_
Kristine G. Baker
Chief United States District Judge